Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| GLOBAL INNOVATIONS & INVESTMENT GROUP CORPORATION Y OTROS<br><br>Demandante-Peticionario<br><br>Vs.<br><br>HIANA C. STEVENS SÁLMO Y OTROS<br><br>Demandados-Recurridos | KLCE202400840 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso Núm. PO2024CV00996<br><br>Sala: 605<br><br>Sobre:<br><br>DAÑOS Y OTROS |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de septiembre de 2024.

Considerado el recurso de *Certiorari*, presentado por la parte peticionaria, Global Innovations & Investment Group Corporation, *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2024 _____